IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Curt G. Wagner, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:10-cv-0297-WTL-DML |
| ) | |
| Portfolio Recovery Associates, LLC, a ) | |
| Delaware limited liability company, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

Plaintiff, Curt G. Wagner, having reached a settlement with Defendant, hereby stipulates to the dismissal of this lawsuit with prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 26, 2010

One of Plaintiff's Attorneys

/s/_David_J._Philipps_____
David J. Philipps  (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60457
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

The foregoing stipulation is hereby approved and this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: _____ __, 2010

ENTERED:

_____
Judge, United States District Court

## **CERTIFICATE OF SERVICE**

       I hereby certify that on April 26, 2010, a copy of the foregoing **Stipulation of Dismissal** was filed electronically.  Notice of this filing will be sent to the following party via U.S. Mail, first class postage pre-paid, on April 26, 2010 by 5:00 p.m.

Kevin M. Duffan, Associate Counsel
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, Virginia 23502

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com