IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Curt G. Wagner, | ) |
|     Plaintiff, | ) |
| v. | )  No. 1:10-cv-0297-WTL-DML |
| Portfolio Recovery Associates, LLC, a Delaware limited liability company, | ) |
|     Defendant. | ) |

### STIPULATION OF DISMISSAL

Plaintiff, Curt G. Wagner, having reached a settlement with Defendant, hereby stipulates to the dismissal of this lawsuit with prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 26, 2010

One of Plaintiff's Attorneys

/s/ David J. Philipps
David J. Philipps  (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60457
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

The foregoing stipulation is hereby approved and this action is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 04/27/2010

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2010, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following party via U.S. Mail, first class postage pre-paid, on April 26, 2010 by 5:00 p.m.

Kevin M. Duffan, Associate Counsel
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, Virginia 23502

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com